| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT**<br>**PART 1: PETITION FOR WARRANT** | | **U. S. Probation Office**<br>Eastern District of Michigan | **PACTS**<br>5928291 | **DATE**<br>07/09/2021 |
|---|---|---|---|---|---|
| **NAME**<br>BROOKS, Ronnie Lynn | | | **OFFICER**<br>Katherine M. Maidment | **JUDGE**<br>Arthur J. Tarnow | **DOCKET #**<br>19-CR-20203-03 |

| ORIGINAL SENTENCE DATE<br>11/25/2019<br><br>COMMENCED<br>02/05/2021<br><br>EXPIRATION<br>02/04/2025 | SUPERVISION TYPE<br>Supervised Release | CRIMINAL HISTORY CATEGORY<br>V | TOTAL OFFENSE LEVEL<br>27 | PHOTO |
|---|---|---|---|---|
| **ASST. U.S. ATTORNEY**<br>John N. O'Brien, II | | **DEFENSE ATTORNEY**<br>Rafael Villaruel | | |
| **REPORT PURPOSE**<br><br>**TO ISSUE A WARRANT FOR THE EXISTING CHARGES HEARD ON JUNE 16, 2021 AND ADD VIOLATIONS 4-6**<br><br>**(Please note the amended information is underlined)** | | | | |
| **ORIGINAL OFFENSE**<br>Count 1: 21 U.S.C. § 846, Conspiracy to Possess With Intent to Distribute a Controlled Substance (including over 500 grams of cocaine) | | | | |

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 40 months, to be followed by a four-year term of supervised release.

Amended Sentence: February 5, 2021, Order Granting Compassionate Release, custody reduced to time served. Additional special condition: "The defendant shall undergo a strict fourteen-day quarantine upon his release and shall fully comply with any applicable state or local stay-at-home orders, social distancing guidelines, or other public health restrictions." All other conditions of the original judgment remain in full force and effect.

Modification: February 26, 2021, added the following new conditions: "The defendant shall participate in a program approved by the probation department for mental health counseling. If necessary." "You must submit to a psychological/psychiatric evaluation as directed by the probation officer. If necessary." All other conditions of the original judgment remain in full force and effect.

Violation Hearing: June 16, 2021, the violation petition was dismissed without prejudice and supervision was continued to the original expiration date. Violations 1-3 are from the violation report signed on May 19, 2021.

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5928291 | DATE 07/09/2021 |
|---|---|---|---|---|
| **NAME** BROOKS, Ronnie Lynn | **OFFICER** Katherine M. Maidment | | **JUDGE** Arthur J. Tarnow | **DOCKET #** 19-CR-20203-03 |

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit to substance abuse testing to determine if you have used a prohibited substance.
2. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
3. You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.

    Criminal Monetary Penalty: Special Assessment $100.00 (paid).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE."<br><br>On April 11, 2021, at 10:22 p.m., the Sumpter Township Police Department was called to the residence of BROOKS in response to a mental health crisis, after he was reported to have been throwing things in the home and hallucinating. Upon police arrival, BROOKS was noted to be pacing in the living room, sweating profusely and had dilated pupils. BROOKS advised police he wanted officers to "take him in….take him to jail" as well as "take him to a psych ward." BROOKS statements to police did not make sense and he thought someone was trying to break into the house. Police noted BROOKS pointed into rooms at people that were not there. BROOKS was handcuffed in the front for safety.<br><br>Upon arrival of Huron Valley Ambulance (HVA), BROOKS advised HVA personnel that he consumed a cocktail of narcotics including cocaine, heroin and LSD. BROOKS advised HVA he had tried to kill himself and that he had consumed $1,500.00 worth of crack cocaine over the past two days. Police and HVA assisted BROOKS into the ambulance; however, police noted that BROOKS intentionally squeezed the handcuffs tight onto his own wrists. Police noted BROOKS had red marks/cuts on his left wrist that were there prior to placing the handcuffs on him. Upon him calming down, the handcuffs were removed, and BROOKS was taken to the hospital for further evaluation.<br><br>No charges could be located in the 34th District Court as to this offense. |

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT** **PART 1:  PETITION FOR WARRANT** | U. S. Probation Office Eastern District of Michigan | PACTS 5928291 | DATE 07/09/2021 |
|---|---|---|---|---|
| **NAME** BROOKS, Ronnie Lynn | **OFFICER** Katherine M. Maidment | | **JUDGE** Arthur J. Tarnow | **DOCKET #** 19-CR-20203-03 |

| | | |
|---|---|---|
| | 2 | **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE." |

On April 12, 2021, at 5:58 a.m., the Sumpter Township Police Department was called in regard to a fight.  BROOKS appeared at the home of James Murphy, whom he has reportedly met one time prior.  BROOKS was allowed in the home at the request to use his phone.  Upon entering the home BROOKS began tearing up the house, and the police were called.

Upon police arrival, BROOKS was standing in the living room, sweating profusely.  Police noted he was suffering side effects of narcotics use.  BROOKS made the statement "he was tired of this world" but he did not want to kill himself.  Police were able to move BROOKS to the front porch where he began to make incoherent statements.  BROOKS stated, "he wanted to talk to a supervisor" and advised police that "he had gone to the Motel 8 and smoked crack." Police continued to keep BROOKS sitting at which time, BROOKS stated, "let's go" and threw his shirt at police.  Police contacted HVA to respond.  Despite police attempting to get BROOKS to stay seated, he got up and tried to walk away.  Police attempted to stop BROOKS from leaving, which resulted in him violently pulling away.  Police had to take him to the ground, where police continued to push him down.  BROOKS attempted to grab the police radio and began rolling on the ground removing his clothing.  Additional police back up were called at that point.  BROOKS began grabbing sticks, grass and mud and threw it at police while making incoherent statements.   At one point, BROOKS grabbed the sergeant's thumb and fractured it.

Upon arrival of the HVA, BROOKS received two doses of sedatives, which had no effect, and he remained combative.  Police continued to struggle with BROOKS, who continued to roll around on the ground eventually taking off all of his clothing.   BROOKS was restrained on a gurney, loaded into an ambulance and transported to St. Joseph Hospital.

No charges could be located in the 34th District Court for this offense.

| | 3 | **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE." |
|---|---|---|

On April 12, 2021, at 5:30 p.m., Ypsilanti Police Department was called to a residence on Grove Road in Ypsilanti, Michigan, for a call of illegal entry, malicious destruction of property, drug overdose and resisting and obstructing.  The police were advised the subject was inside the residence and was destroying items.  Upon arrival, police observed the victim standing outside the residence with two males.  One was identified as a neighbor, and the other as BROOKS.  Both the victim and the neighbor stated they did not know the other male (BROOKS).  Police observed the damage to the residence.

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5928291 | DATE 07/09/2021 |
|---|---|---|---|---|
| NAME BROOKS, Ronnie Lynn | OFFICER Katherine M. Maidment | | JUDGE Arthur J. Tarnow | DOCKET # 19-CR-20203-03 |

The report stated that BROOKS appeared to be under the influence of narcotics and had pinpoint pupils. He could not stand still and was extremely jittery and anxious. Police noted BROOKS to have many fresh cuts and scrapes across his body along with wearing dirty clothes. Police advised him to sit on the porch. BROOKS pointed at police and stated "why don't you sit down" and proceeded to step towards police. BROOKS then advised police "come on man I just want to get this fu***** shit over with. I just want to fu***** die." BROOKS continued to get more agitated and move toward police. Police requested HVA for his suicidal statements.

BROOKS then began to walk from the front porch to the street and stated "come on lets go." As police attempted to handcuff BROOKS, he pulled away, placed his hands near the officer's face and turned towards the officer. BROOKS continued to disobey commands and was eventually taken down by officers after a brief struggle while waiting for HVA to arrive. Once in handcuffs, BROOKS began to roll around and kick officers.
Police acknowledged BROOKS to be in a state of excited delirium and he advised he had consumed cocaine and heroin today. BROOKS stated that he was there to meet up with a prostitute and that the price was too good to be true.

The victim stated he did not know BROOKS and that he simply walked into his apartment and began to trash it. The neighbor and victim at the scene stated that he also did not know BROOKS.

The police report indicated that the HVA paramedic who responded knew BROOKS by name, as she had responded to a call on BROOKS for the last three nights for being combative and under the influence of numerous narcotics. The report indicated it took two paramedics, and three officers 25 minutes to secure BROOKS to a gurney. During this time, he continued to roll around and kick toward personnel on scene. Police accommodated HVA's request to accompany BROOKS to the hospital while he was transported to St. Joseph Mercy Hospital. BROOKS was administered 400 mg of Ketamine along with 10 mg of Versed. Upon arrival, Ypsilanti police were advised that BROOKS was brought in under the same circumstances at 8:20 a.m., by Sumpter police.

No charges could be located in the 14th District Court for this offense.

| 4 | **Violation of Special Condition:** "YOU MUST PARTICIPATE IN A SUBSTANCE ABUSE TREATMENT PROGRAM AND FOLLOW THE RULES AND REGULATIONS OF THAT PROGRAM. THE PROBATION OFFICER IN CONSULTATION WITH THE TREATMENT PROVIDER, WILL SUPERVISE YOUR PARTICIPATION IN THE PROGRAM (PROVIDER, LOCATION, MODALITY, DURATION, INTENSITY, ETC.)

On July 4, 2021, BROOKS was reportedly complaining of chest pain and was taken to a Detroit hospital for evaluation. BROOKS failed to return to the treatment facility. Instead of returning |

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT** **PART 1:  PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5928291 | DATE 07/09/2021 |
|---|---|---|---|---|
| NAME BROOKS, Ronnie Lynn | OFFICER Katherine M. Maidment | | JUDGE Arthur J. Tarnow | DOCKET # 19-CR-20203-03 |

to Team Wellness, he received a ride to Monroe, Michigan, at 3:00 a.m.  Police reports indicate that BROOKS went to his girlfriend's residence unannounced.  He proceeded to walk through her house, acted erratic and locked himself in her bedroom.  BROOKS was eventually removed from the home by police and taken to the Monroe, Michigan, hospital for mental health evaluation. He was found to be stable and released where he then went to Toledo, Ohio, to a friend's residence.  He eventually was taken back to a hospital in Monroe, Michigan, for erratic behavior and released.  BROOKS then went to Beaumont Hospital for his medical needs.  He was kept briefly and released.  BROOKS contacted Team Wellness on July 6, 2021, and was transported back to Team Wellness on July 8, 2021, after his medical needs and a period of stability was obtained.

5   **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE."

On July 4, 2021, officers of the Monroe police were called on a report for erratic behavior.  BROOKS had reportedly showed up at 3:00 am at his girlfriend's residence,  The police report indicated that BROOKS showed up unannounced.  He was advised to return to the rehab facility by the victim, however, BROOKS proceeded to sit at the kitchen table and pull out a large rock of crack cocaine.  BROOKS took the victim's car and returned with a tire gauge that he made into a crack pipe.  Despite pleas to stop using, BROOKS proceeded to smoke crack-cocaine.  He then proceeded to the bedroom upstairs where during a conversation with the victim, BROOKS stated that, "It was his fantasy to smoke crack."  After inhaling crack-cocaine, he began to hallucinate.  BROOKS was speaking to subjects that were not there and not making any sense.  He grabbed a piggy bank and an electrical cord and began displaying them in a threatening manner, however, the victim stated she was never assaulted.  BROOKS locked himself in the bedroom after the victim stepped out.  In speaking with BROOKS through the bedroom door, police noted him to be confused.   He implied that the police were not "real cops" and that officers were going to shoot him.  BROOKS made statements to police through the locked door to call the undersigned probation officer as he needs to be back in jail.  BROOKS went on to state that he was wearing women's lingerie and police could "come on."  The victim requested police remove BROOKS from her home.  BROOKS refused to unlock the door, and police forcibly opened it.  BROOKS was found lying on the bed, sweating profusely.  Medical personnel were summoned and BROOKS advised police that he had taken "four big hits of crack" prior to officers arriving.  He was not interviewed due to him being incoherent at this time.  BROOKS continued to make statements that his family hates him and he is smoking crack as an attempt to commit suicide.  Based on the comments made, a petition was prepared for Monroe ProMedica to conduct a mental health examination.

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT** **PART 1:  PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5928291 | DATE 07/09/2021 |
|---|---|---|---|---|
| NAME BROOKS, Ronnie Lynn | | OFFICER Katherine M. Maidment | JUDGE Arthur J. Tarnow | DOCKET # 19-CR-20203-03 |

|   |   |
|---|---|
|   | After BROOKS was arrested and taken to Monroe Promedica, police searched the bedroom where BROOKS had locked himself in.  Police noted the victim's room to be disheveled, with clothing and jewelry on the floor.  Police also noticed that a dresser had been knocked over with the drawers laying on the floor.  Found inside the bedroom was 3.2 grams of a white chunky substance that field tested positive for cocaine.  Currently the case is listed as pending. |
| 6 | **Violation of Standard Condition Number 3**:  "YOU MUST NOT KNOWINGLY LEAVE THE FEDERAL JUDICIAL DISTRICT WHERE YOU ARE AUTHORIZED TO RESIDE WITHOUT FIRST GETTING PERMISSION  FROM THE COURT OR THE PROBATION OFFICE". |
|   | BROOKS failed to return to Team Wellness on July 4, 2021, after his release from a Detroit hospital.  BROOKS left the Detroit hospital where he went to Monroe, Michigan.  From the Monroe hospital, he reportedly wound up in St. Vincent Hospital in Toledo, Ohio, where he reportedly was hit by a car.  He reportedly then went to a home in Toledo where he then was taken back to the Monroe hospital based on concerns for his physical and mental well-being, including his erratic behavior.  He was found mentally competent and was released.  BROOKS then went to Beaumont hospital for treatment of reported medical needs.  He was admitted and released, then transported back to Team Wellness.  At no time was he given permission to be out of the district. |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Katherine M. Maidment/sh 734-741-2307 | DISTRIBUTION Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Christina R. Wilkerson 313-234-5460 | PROBATION ROUTING Data Entry |

**THE COURT ORDERS:**

[X]   The issuance of a warrant for the existing charges heard on June 16, 2021, and add violations 4-6

[ ]   Other

s/Arthur J. Tarnow
United States District Judge

7/13/2021
Date