# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        Plaintiff,         Crim. No.: 19-cr-20203

v.         Magistrate Judge Anthony P. Patti

**RONNIE BROOKS,**

        Defendant.

## ORDER OF DETENTION PENDING SUPERVISED RELEASE HEARING

On July 16, 2021, the defendant was brought before the Undersigned judicial officer for a detention hearing, pending his supervised release violation (SRV) hearing before Judge Arthur J. Tarnow. Defendant has had multiple prior violations of probation, parole, or supervised release, and has previously: (1) fled and alluded law enforcement; (2) violated bond; (3) engaged in domestic violence; and, (4) recently appeared before both Judge Tarnow and the Undersigned for supervised release violations. After placing its reasoning on the record, all of which is hereby incorporated by this reference as though fully restated herein, the Court finds: (1) pursuant to 18 U.S.C. 3142(d)(2), that the defendant was placed and remains on supervised release; (2) that he may flee or pose a danger to any other person or the community, including and perhaps especially himself; (3) pursuant to Rule

32.1(b)(1)(B), there is probable cause to believe that multiple violations of supervised release have occurred, including repeated drug use to the point of overdosing, leaving an inpatient drug rehabilitation facility (in which he was directed to reside) without permission, having numerous encounters with law enforcement while under supervision in connection with his drug use, and leaving the district without permission; (4) pursuant to 18 U.S.C. 3142(e)(2), that no condition or combination of conditions can reasonably assure the defendant's appearance for the upcoming hearing before Judge Tarnow, his own safety or the safety of the community; and, (5) pursuant to Rule 32.1(a)(6), the defendant has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of other persons in the community if released. Accordingly, the defendant is placed in the custody of the United States Marshal Service and hereby **DETAINED** until Judge Tarnow considers his supervised release charges.

**IT IS SO ORDERED.**

Dated: July 17, 2021  
Detroit, Michigan

ANTHONY P. PATTI  
United States Magistrate Judge